UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGG BECKER,<br><br>        Plaintiff,<br><br>  vs.<br><br>COMMUNITY HEALTH SYSTEMS, INC., d/b/a COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION d/b/a COMMUNITY HEALTH SYSTEMS PSC, INC. d/b/a ROCKWOOD CLINIC P.S.; and ROCKWOOD CLINIC, P.S.<br><br>        Defendants. | No. CV-12-185-LRS<br><br>**ORDER OF REMAND** |

Plaintiff has filed his Amended Complaint (ECF No. 56) pursuant to this court's order filed May 23, 2012 (ECF No. 55). In accord with that order, Plaintiff's Motion To Remand (ECF No. 15) is **GRANTED** because the Amended Complaint omits any reference to the Sarbanes-Oxley Act, clearly states a sole cause of action under state law for wrongful discharge in violation of public policy, and the concerns of economy, convenience, and comity would be served by returning this action to state court. Accordingly, pursuant to 28 U.S.C. §1447(c), the captioned action is **REMANDED** to the Spokane County Superior Court . The parties shall bear their own fees and costs regarding the Motion To Remand.

//

//

**ORDER OF REMAND-    1**

1  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this
2  order and forward a copies to counsel of record.
3   **DATED** this  29th  day of May, 2012.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

**ORDER OF REMAND-   2**